

# Fourth Court of Appeals
## San Antonio, Texas

March 2, 2020

No. 04-19-00694-CV

Felicidad **MARTINEZ,**
Appellant

v.

**CITY OF LAREDO,**
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2019CVK000800D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

The reporter's record was due February 27, 2020, but was not filed. On that date, the court reporter filed a notification of late record requesting an extension until March 27, 2020. After consideration, we **GRANT** the request and **ORDER** the court reporter to file the reporter's record **by March 27, 2020.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court